# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRETA MILLER, | : | Civil No. 1: 20-CV-00367 |
| Plaintiff, | : | |
| v. | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendant's motion to dismiss, Doc. 4, is **GRANTED**. Specifically, Count II of Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and paragraphs 12 and 13 of Count II of Plaintiff's complaint are **STRICKEN**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania